# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

CENTRAL NEW YORK LABORERS' HEALTH
AND WELFARE, PENSIONS, ANNUITY
AND TRAINING FUNDS, by Janet M Moro,
as Fund Administrator; OSWEGO LABORERS'
LOCAL 215 PENSION FUND, by David Henderson,
as Administrator; and LABORERS' INTERNATIONAL
UNION OF NORTH AMERICA, LOCAL UNION
NO. 633, by Gabriel M. Rosetti, III, as Business Manager,

    vs.                                                                **CASE NUMBER: 5:09-CV-509**
                                                                                                **(GTS/ATB)**

FIVE STAR CONSTRUCTION SERVICES, INC.;
ANGELO COKER, Individually and as an Officer
of Five Star Construction Services, Inc.; and
STEVEN COKER, Individually and as an Officer
of Five Star Construction Services, Inc.,

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Final Judgment is hereby entered for Plaintiffs against Defendants in the amount of **SIXTY-TWO THOUSAND FOUR HUNDRED SIX DOLLARS AND FIFTY-SIX CENTS ($62,406.56)** in damages, **FIVE THOUSAND THREE HUNDRED TWENTY-THREE DOLLARS AND TWENTY CENTS ($5,323.20)** in attorney's fees and **SEVEN HUNDRED FORTY-SIX DOLLARS AND FORTY-FIVE CENTS ($746.45)** in costs for a total amount of **SIXTY-EIGHT THOUSAND FOUR HUNDRED SEVENTY-SIX DOLLARS AND TWENTY-ONE CENTS ($68,476.21)**.  This action is hereby closed.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 19th day of January, 2011.

DATED: January 19, 2011

*Lawrence K. Baerman*
Clerk of Court

                                                     s/ Melissa Ennis
                                                     Melissa Ennis
                                                     Deputy Clerk